UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-against-

DAVID PYTLUK,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/6/2026

25 Mag. 02669

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Defendant David Pytluk, charged by complaint with one count of making threatening interstate communications in violation of 18 U.S.C. § 875(c), has sent another letter directly to the undersigned Magistrate Judge regarding his conditions of release and related matters. Because the defendant is represented by counsel, the Court will forward all such letters to his counsel of record, and will not docket them or further consider them. The defendant is reminded that all motions and other requests for judicial relief in his criminal case must be presented to the Court through his counsel.

Dated: New York, New York
      January 6, 2026

**SO ORDERED.**

_____

**BARBARA MOSES**
**United States Magistrate Judge**