# WL| Wright Law
ATTORNEY AT LAW

299 BROADWAY, SUITE 708
NEW YORK, NY 10007
OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463
wrightlawnyc@gmail.com

February 17, 2026

**VIA ECF**
The Honorable Henry J. Ricardo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Bail Hearing adjourned
to 3/24/26 at 4:00pm  **APPLICATION GRANTED**

Hon. Henry J. Ricardo, U.S.M.J

**Re:**    *United States v. David Pytluk DK # 25-MJ-02669*

Dear Judge Ricardo:

I represent David Pytluk and write today concerning the Bail Review Hearing set for February 18, 2026 at 4:00pm, which the Court just ordered on February 13, 2026. This hearing is to address alleged noncompliance raised on February 13, 2026 by Pretrial Services concerning the conditions of Mr. Pytluk's release. My request is to adjourn the February 18 hearing to a date in the future for the reasons discussed below.

I am starting a murder and RICO trial this Monday February 23, 2026 in the Eastern District of New York before the Honorable William F. Kuntz in the matter *United States v. Herberth Rodríguez et al* DK # 20-CR-548 (WFK). Just in the last week the government has divulged a significant amount of material pursuant 18 USC § 3500 which includes thousands of pages of law enforcement documents relating to over 30 trial witnesses. In addition, the newly disclosed 3500 material includes videos, audio recordings and cell phone extractions. I will also have to spend time visiting with my client at the MDC jail in Brooklyn to review this material in advance of the February 23 trial start date.

To be frank, I need all of my time over the next five days preparing for my murder trial on February 23 and therefore respectfully request an adjournment of the Bail Review Hearing. Preparing for the February 18 hearing, serving my client's concerns and attending the actual hearing will be a significant drain on my time; time that should be more wisely spent on trial preparation.

Earlier this morning we had a pre-trial conference before Judge Kuntz and he informed the parties that the trial would take about three weeks and we would work every day from 9am until 5pm - with no days off. In light of that schedule, I respectfully request a new date for the Bail Review Hearing to a date after March 16, 2026. I have informed AUSA Patrick J. Gallagher

about the instant scheduling issue.

Sincerely,
/s/
Christopher Wright